**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PROFESSIONAL CREDIT SERVICE,**                                    **PLAINTIFF**
**the assumed business name of Ray Klein,**
**Inc., a Washington corporation**

**V.**                                                        **NO. 4:23-CV-61-DMB-JMV**

**KESSA MAURAS, an individual**                                **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this day and the order issued November 28, 2023,

judgment is entered in favor of Professional Credit Service against Kessa Mauras in the amount of

$148,431.38 plus post-judgment interest in accordance with 28 U.S.C. § 1961.

**SO ORDERED**, this 16th day of January, 2024.

/s/Debra M. Brown_____
**UNITED STATES DISTRICT JUDGE**